# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-3074

_____

United States of America

*Plaintiff - Appellee*

v.

Luis Manuel Ortiz, also known as Silent

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Nebraska - Lincoln

_____

Submitted: May 21, 2018
Filed: June 13, 2018
[Unpublished]

_____

Before LOKEN, COLLOTON, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Luis Ortiz directly appeals the sentence the district court[1] imposed after he pled guilty, pursuant to a plea agreement containing an appeal waiver, to a drug charge.

_____

[1] The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

Ortiz's counsel has moved to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence was substantively unreasonable.

Upon careful review, we conclude that the appeal waiver is valid, applicable, and enforceable. <u>See</u> <u>United States v. Scott</u>, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity and applicability of appeal waiver); <u>United States v. Andis</u>, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (appeal waiver will be enforced if appeal falls within scope of waiver, defendant knowingly and voluntarily entered into plea agreement and waiver, and enforcing waiver would not result in miscarriage of justice). Having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal falling outside the scope of the appeal waiver.

Accordingly, we grant counsel's motion to withdraw, and we dismiss this appeal.

_____